IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TONY BLAKELY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CLARKSVILLE POLICE<br>DEPARTMENT,<br><br>    Defendant. | )<br>)<br>)<br>)   Nos. 3:01-1186, 3:04-0603<br>)   JUDGE HAYNES<br>)<br>)<br>)<br>)<br>) |

## ORDER

In accordance with the Memorandum filed herewith, for the motions before the Court, it is hereby **ORDERED** that:

(1) the Defendant's renewed and consolidated motion for judgment as a matter of law (Docket Entry No. 140, Case No. 3:01-1186) is **DENIED;**

(2) the Plaintiff's motion to alter judgment (Docket Entry No. 22, Case No. 3:04-603) is **GRANTED;**

(3) the Plaintiff's motion for back pay (Docket Entry No. 23, Case No. 3:04-0603) is **GRANTED;**

(4) the Plaintiff's motion for attorney fees and costs (Docket Entry No. 24, Case No. 3:04-0603) is **GRANTED;** and

(5) the Plaintiff's motions for an extension of time (Docket Entry Nos. 45 and 46) are **DENIED** as moot.

Accordingly, the Court **AWARDS** the Plaintiff attorney fees in the amount of $208,016.00 and his costs of $11,247.69.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the ___ day of February, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge